DAVID W. BRUCE et al., Executors, etc., *v.* HENRIETTA P.
GRISCOM et al.

(Argued June 19, 1877; decided September 25, 1877.)

REPORTED below, 9 Hun, 280.

*Henry Parsons*, for appellants.

*William A. Boyd*, for respondents.

Agree to affirm.  No opinion.
All concur.
Order affirmed.